Name: Eric Ray Malone
Address: 244 Lei Drive
Palm Springs CA 92264
Phone: 814 502 6124
Fax: _____

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
APR 26 2023
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

NO CV30
NO CV71
N/S

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Eric Ray Malone

　　　　　　　　　Plaintiff

v.

Bank of the West,
Karen Carner, Branch Manager

　　　　　　　　　Defendant(s).

CASE NUMBER: EDCV23-00739-UA

Complaint

(Enter document title in the space provided above)

Now comes the Plaintiff by and through himself to bring resolution to this matter concerning electronic deposit and a payment of $225.00 to a phone payment for auto insurance that was intentional banned days after it went through. State Farm would not say anything about it and this Plaintiff is needing restitution in an amount no less than that of the vehicles value plus punitive relief in an amount up to ten times the amount of the vehicle insured and blocked due to discrimination.

Respectfully,
Eric Ray Malone

Page Number 1

CV-127 (09/09)  PLEADING PAGE FOR A SUBSEQUENT DOCUMENT





George E. Brown, Jr. Federal Building and United States Court-House, United States District Court for the Central District of California, Attn: Clerk of the Court

3470 Twelfth Street
Riverside, CA 92501-3801

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 26 2023
CENTRAL DISTRICT OF CALIFORNIA

FROM:
E. Malone
244 Lei Dr.
Palm Springs, CA 92264